MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS M. NEWMAN (NYBN 4256178)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: thomas.newman2@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-082 KAW |
|     Plaintiff, | STIPULATION TO CONTINUE |
| v. | |
| WILLIAM PARIS a.k.a. BUBBA PARIS, | |
|     Defendant. | |

1. This matter is scheduled for a change of plea hearing on September 12, 2013.

2. The parties have discussed resolving this matter, and are not prepared to proceed with a change-of-plea hearing on September 12, 2013.

3. As a separate matter, government counsel has a conflicting hearing on September 12, 2013, and so setting a trial date or change of plea on September 12, 2013, is not feasible.

4. The government has provided significant discovery in this case, which the defense continues to review. In addition, the parties have met and conferred regarding the discovery and the defendant requires additional time to review those materials .

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to October 3 2013, at 9:30 am for a change of plea or trial setting and that time under the Speedy

CR 13-082 KAW

Trial Act be excluded from September 12, 2013, until that date pursuant to 18 U.S.C. § 3161(h)(7).

DATED: September 11, 2013                    Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
                                              THOMAS M. NEWMAN
                                              Assistant United States Attorney
                                              Tax Division


                                              _____/s/_____
                                              CHRISTOPHER LAVORATO
                                              Attorney for defendant William Paris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-082 KAW |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | |
| | ) | |
| WILLIAM PARIS a.k.a. BUBBA PARIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter Good cause appearing therefor, IT IS ORDERED that this matter be continued until October 3, 2013, at 9:30 am, and that time under the Speedy Trial Act be excluded until that date pursuant to 18 U.S.C. § 3161(h)(7).

DATED: September 11, 2013

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

CR 13-082 KAW

3